**Tyrone HURT, Petitioner—Appellant,**

**and**

**William G. Turner, Petitioner,**

**v.**

**UNITED STATES PAROLE COMM.; U.S. Dept. of Justice; United States of America, Respondents.**

No. 12–6554.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2012.

Decided: Aug. 16, 2012.

Tyrone Hurt, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt seeks to appeal the district court's order dismissing him from this action seeking the removal of a detainer lodged against another plaintiff, William Turner. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hurt seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*